Case 2:08-cv-01628-LDW -WDW    Document 3    Filed 04/18/08    Page 1 of 1

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __EDNY__ on the following  X Patents or  ☐ Trademarks:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 18 2008 ★
LONG ISLAND OFFICE

| DOCKET NO.<br>08CV1628(LDW) | DATE FILED<br>04-18-08 | U.S. DISTRICT COURT<br>EDNY |
|---|---|---|
| PLAINTIFF<br>Plasma Physics Corporation and Solar Physics Corporation | | DEFENDANT<br>CHI MEI Optoelectronics Corp. And CHI MEI Optoelectronics USA Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,470,784 | November 28, 1995 | Plasma Physics Corporation |
| 2 | 5,543,634 | August 6, 1996 | Plasma Physics Corporation |
| 3 | 6,245,648 | June 12, 2001 | Plasma Physics Corporation |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>ROBERT C. HEINEMANN | (BY) DEPUTY CLERK | DATE<br>04-18-08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy