BEFORE: WILLIAM D. WALL                                         DATE: 10/02/08

UNITED STATES MAGISTRATE JUDGE                                  TIME: 10:30 AM

DOCKET NO.  CV 08-1628                           ASSIGNED JUDGE: WEXLER

CASE NAME: PLASMA PHYSICS CORP. ET AL. V. CHI MEI OPTOELECTRONICS CORP.

CIVIL CONFERENCE

Initial  X    Status _____   Settlement _____   Pretrial _____   Other: _____

APPEARANCES:      Plaintiff       Neil Sirota

                                  Jennifer Cozeolino

                  Defendant       John Lauter

**SCHEDULING:** The next Pretrial conference will be held on September 10, 2009 at 11:00 am.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☒   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Plaintiff's proposed schedule for discovery contained in the "joint proposed discovery plan" is adopted and So Ordered. A joint proposed pretrial order shall be submitted at the pretrial conference.

SO ORDERED

/s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge