UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION, | ) ) ) | Civil Action No. 2:08-cv-1627-LDW-WDW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA | ) ) ) | |
| Defendants. | ) ) | |
| PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION, | ) ) ) | Civil Action No. 2:08-cv-1628-LDW-WDW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHI MEI OPTOELECTRONICS CORP. and CHI MEI OPTOELECTRONICS USA INC., | ) ) ) | |
| Defendants. | ) ) | |
| PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION, | ) ) ) | Civil Action No. 2:08-cv-1629-LDW-WDW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INNOLUX DISPLAY CORPORATION. and INNOLUX CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER APPOINTING SPECIAL MASTER**

IT IS HEREBY ORDERED that Robert J. Rando of the firm of the Rando Law Firm, P.C., having filed an affidavit pursuant to Fed. R. Civ. P. 53(b)(3), is appointed as Special Master

in this action for the purpose of rendering a report and recommendation on claim construction directed to the disputed claim terms of the Patents-in-Suit in the above captioned actions.

Ex parte communications between the Special Master and the parties are prohibited unless prior permission is obtained from the Court.

The Special Master's compensation shall be set at his usual hourly rate, one quarter to be paid by each of Plaintiffs, the AU Optronics Defendants, the Chi Mei Defendants and the Innolux Defendants.

Dated: March ___, 2009                    SO ORDERED

 

                                                                                                                               _____
                                                                                                                               Hon. Leonard D. Wexler
                                                                                                                              United States District Judge

Dated: March 13, 2009

Respectfully Submitted By:

| **PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION** | **CHI MEI OPTOELECTRONICS CORP. and CHI MEI OPTOELECTRONICS USA INC.** |
|---|---|
| By: <u>/s/ Jennifer Cozeolino</u> | By: <u>/s/ John J. Lauter with permission by Jennifer Cozeolino</u> |
| Neil P. Sirota NPS 3870<br>Paul A. Ragusa PAR 9165<br>Robert L. Maier RLM 2930<br>Jennifer Cozeolino JC 4841<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 | John J. Lauter JJL 3226<br>Barry R. Satine BS 8785<br>Lynn M. Marvin LM 0987<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212)326-3939 |
| **AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA** | **INNOLUX CORPORATION AND INNOLUX DISPLAY CORPORATION** |
| By: <u>/s/ Peter J. Wied with permission by Jennifer Cozeolino</u> | By: <u>/s/ Ryan T. Hardee with permission by Jennifer Cozeolino</u> |
| Danielle M. White<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>Vincent K. Yip (Pro Hac Vice)<br>Jay C. Chiu (Pro Hac Vice)<br>Peter J. Wied (Pro Hac Vice)<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 | Donald R. McPhail (Pro Hac Vice)<br>Ryan T. Hardee (Pro Hac Vice)<br>DUANE MORRIS LLP<br>505 9th Street, NW<br>Washington, DC 20004<br>(202) 776-7894 |

NY02:651132.1