UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PLASMA PHYSICS CORPORATION and<br>SOLAR PHYSICS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHI MEI OPTOELECTRONICS CORP. and<br>CHI MEI OPTOELECTRONICS USA INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>2:08-cv-1628-LDW-WDW |

**[PROPOSED] ORDER AMENDING THE CASE MANAGEMENT SCHEDULE**

IT IS HEREBY ORDERED that the schedule in the above referenced action is amended as follows:

NY02:662109.1

| Event | Deadline |
|---|---|
| Fact Discovery Opened | No extension; event complete |
| Last day for motions to join new parties or amend pleadings | No extension; event complete |
| Any party intending to rely on the advice of counsel in defense to a charge of willful infringement shall notify the opposing side of such intention and shall provide copies of opinion, evidence and related material to the extent that they have not already been produced | No extension; event complete |
| Parties exchange list of claim terms | No extension; event complete |
| Parties exchange draft claim constructions | No extension; event complete |
| Meet and confer on claim construction issues | No extension; event complete |
| Parties file and serve opening Markman briefs | No extension; event complete |
| Parties file and serve opposing Markman briefs | No extension; event complete |
| Special Master Rando holds Markman hearing | July 20-22, 2009 (No extension) |
| Date by which new fact discovery must be served.  This deadline is the last day to serve any new discovery requests, except as provided below. | July 16, 2009 |
| Date by which outstanding fact discovery and any discovery requested as a follow up to outstanding discovery must be completed.  This is the last day to supplement discovery responses. | September 15, 2009 |
| Rule 26 disclosures regarding case-in-chief experts. Expert discovery Opens | October 16, 2009 |
| Rule 26 disclosures regarding rebuttal experts | November 15, 2009 |
| Expert Discovery Closes | December 15, 2009 |
| Last day to file dispositive motions | December 30, 2009 |
| Court holds pretrial conference | February 2010 |
| Trial ready date | February 2010 |

Dated: July ___, 2009                                       SO ORDERED


                                                                                   _____
                                                                                   Hon. William D. Wall
                                                                                   United States Magistrate Judge

NY02:662109.1

Dated: July 16, 2009

Respectfully Submitted By:

| **PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION** | **CHI MEI OPTOELECTRONICS CORP. and CHI MEI OPTOELECTRONICS USA INC.** |
|---|---|
| By: */s/ Jennifer Cozeolino* | By: */s/ Lynn M. Marvin, with permission by Jennifer Cozeolino* |
| Neil P. Sirota NPS 3870<br>Paul A. Ragusa PAR 9165<br>Robert L. Maier RLM 2930<br>Jennifer Cozeolino JC 4841<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 | John J. Lauter JJL 3226<br>Barry R. Satine BS 8785<br>Lynn M. Marvin LM 0987<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212)326-3939 |