# THE RANDO LAW FIRM P.C.
## 4940 MERRICK ROAD - # 350
## MASSAPEQUA PARK, N.Y. 11762
(516) 799-9800 • FAX (516) 799-9820

October 8, 2009

**VIA ECF**

Honorable William D. Wall
United States Magistrate Judge
United States District Court
824 Federal Plaza
Central Islip, New York 11722

Re: Plasma Physics Corp., et al. v. AU Optronics Corp., et al., No. 2:08-CV-1627 &
Plasma Physics Corp., et al. v. Chi Mei Optoelectronics Corp., et al., No. 2:08-CV-1628

Dear Judge Wall:

    I am writing to Your Honor in my capacity as the appointed Special Master responsible for issuing a report and recommendation on patent claim construction ("R & R") in the above-referenced cases ("the cases"). The reason for this correspondence is a request by the parties for my recommendation regarding certain deadlines in the case management schedules for the cases.

    Defendants in the cases contacted me to request my recommendation that expert discovery be extended until after my R & R has been entered. I have reviewed the letter submissions by the parties and a telephone conference hearing was held with counsel for all parties wherein the parties agreed to a joint request that the deadlines, for Rule 26 expert disclosures, expert discovery, and the filing of dispositive motions, in the present case management schedules, be extended as indicated in the following chart.

| Event | Present Deadline | Proposed Deadline |
|---|---|---|
| Rule 26 disclosures regarding case-in-chief experts | October 16, 2009 | November 9, 2009 |
| Rule 26 disclosures regarding rebuttal experts | November 15, 2009 | December 7, 2009 |
| Expert Discovery Closes | December 15, 2009 | December 23, 2009 |
| Last day to file dispositive motions | December 30, 2009 | January 8, 2010 |
| Court holds pretrial conference | February 10, 2010 | February 10, 2010 (unchanged) |
| Trial ready date | February 2010 | February 2010 (unchanged) |

    The proposed modification of the case management schedules will enable the parties to consider my R & R (which I expect to complete by the end of October) prior to the exchange of

expert reports. The proposed modification will not alter the pretrial conference and trial ready dates presently set in the case management schedules. Therefore, as per the above, I respectfully recommend that the proposed modification be granted.

    Please feel free to contact me with any questions regarding this matter.

Respectfully submitted,

_____
Robert J. Rando, Esq.,
Special Master

RJR:lr

2