

Rnprjr@aol.com

11/02/2009 10:55 AM

To Jennifer.Cozeolino@bakerbotts.com,
jjlauter@jonesday.com, Robert.Maier@bakerbotts.com,
lmarvin@JonesDay.com, Paul.Ragusa@bakerbotts.com
cc Rnprjr@aol.com
bcc
Subject Re: Plasma Physics v. AUO & CMO

Dear Counselors:

   I continue to work on the Report and Recommendation ("R & R") and realize that I will need more time to complete it. I have contacted the Court in light of my anticipated projection of completing the R & R by the end of October. I have been assured by the Court that all deadlines in the parties' most recent case management schedule will be extended commensurate with the period of time between the end of October and the date of my filing the R & R.

   Please feel free to email me with any questions regarding the above.

Sincerely,
Special Master Rando


Robert J. Rando, Esq.
THE RANDO LAW FIRM P.C.
4940 MERRICK ROAD - # 350
MASSAPEQUA PARK, NY 11762
(516) 799-9800

==========
The preceding e-mail message (including any attachments) contains
information that may be confidential, be protected by the attorney-client
or other applicable privileges, or constitute non-public information.  It
is intended to be conveyed only to the designated recipient(s).  If you are
not an intended recipient of this message, please notify the sender by
replying to this message and then delete it from your system.  Use,
dissemination, distribution, or reproduction of this message by unintended
recipients is not authorized and may be unlawful.
==========