May 28, 2010

**VIA ECF**

Honorable William D. Wall
United States Magistrate Judge
United States District Court
824 Federal Plaza
Central Islip, New York 11722

    Re:    *Plasma Physics Corp. et al. v. Chi Mei Optoelectronics Corp. et al.,*
             Civil Action No. 2:08-CV-1628

Dear Judge Wall:

    On February 16, 2010, Your Honor adjourned the pretrial conference in this action without date, deferring adoption of new deadlines until after Special Master Rando had issued his Report and Recommendation ("R & R") on claim construction. You directed that the parties notify the Court upon receipt of the R & R.

    We write to inform you that Special Master Rando has now issued his R & R and instructed that the parties file objections by June 7, 2010. The parties have therefore met and conferred to suggest to Your Honor agreed upon new proposed deadlines in the case. In arriving at a new proposed schedule, we set the time between events to be consistent with the periods between events in Your Honor's previous Order.

    While the parties agree to the dates as set forth below, the parties have a dispute regarding whether or not responses to the Rule 53 objections to the Special Master's R & R should be allowed. It is Plaintiffs' position that such a response should be allowed, so that the Court has a balanced view of the issues, and further because such responses were allowed and filed in the prior litigations in this Court relating to the same asserted patents (*see, e.g., Plasma Physics Corporation et al v. Agilent Technologies, Inc.* (2:02-cv-03456-LDW-WDW), Dkt. No. 98). Defendants submit that response briefs are unnecessary because the parties already well know each other's positions and arguments on claim construction by virtue of the lengthy briefs and opposition briefs submitted to Special Master Rando and the three day hearing he conducted on claim construction. Should Your Honor determine to provide and set a deadline for filing responses to objections to Special Master Rando's R & R, the parties propose June 21, 2010 (two weeks after the objections are due).

    The previous deadlines and the new deadlines agreed-to and jointly proposed by the parties are set forth below:

Honorable William D. Wall
May 28, 2010
Page 2 of 2

| Event | Previous Deadline | New Proposed Deadline |
|---|---|---|
| Rule 26 disclosures regarding case-in-chief experts; Expert discovery opens | March 15, 2010 | June 10, 2010 |
| Rule 26 disclosures regarding rebuttal experts | April 15, 2010 | July 12, 2010 |
| Expert discovery closes | May 14, 2010 | August 9, 2010 |
| Last day to file letter requests to file dispositive motions | May 31, 2010 | August 26, 2010 |
| Court holds pretrial conference | July 2010 | October 2010 |
| Trial ready date | July 2010 | October 2010 |

Please let us know if Your Honor would find short letter briefs from the parties helpful in resolving the disputed issue regarding submission of responses to the Rule 53 objections.

Respectfully submitted,

*/s/ Jennifer C. Tempesta*

_____
Jennifer C. Tempesta (JT 4841)
*Attorney for Plaintiffs*


*/s/ John J. Lauter*

_____
John J. Lauter (JJL 3226)
*Attorney for Defendants*