DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PLASMA PHYSICS CORPORATION and      :
SOLAR PHYSICS CORPORATION,          :
                                    :
                    Plaintiff,      :
                                    :
        -against-                   :
                                    :         **NOTICE OF APPEARANCE**
CHI MEI OPTOELECTRONICS CORP. and   :         Civil Action No. 2:08-CV-1628
CHI MEI OPTOELECTRONICS USA INC.    :         (LDW) (WDW)
                                    :
                    Defendants.     :
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that Gregory P. Gulia of the firm of Duane Morris LLP hereby appears as counsel to Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics USA Inc. and requests that his name be placed on the Court's CM/ECF mailing matrix.

DATED: New York, New York      DUANE MORRIS LLP
        June 7, 2010

                        By:    /Gregory P. Gulia/
                               Gregory P. Gulia
                               Vanessa C. Hew
                               1540 Broadway
                               New York, New York 10036-4086
                               Tel. No.: (212) 692-1000
                               Fax No.: (212) 692-1020

                               Attorneys for Defendants
                               Chi Mei Optoelectronics Corp. and
                               Chi Mei Optoelectronics USA Inc.