June 8, 2010

**VIA ECF**

Honorable William D. Wall
United States Magistrate Judge
United States District Court
824 Federal Plaza
Central Islip, New York 11722

    Re:    *Plasma Physics Corp. et al. v. Chi Mei Optoelectronics Corp. et al.,*
              Civil Action No. 2:08-CV-1628

Dear Judge Wall:

    The parties write jointly regarding the schedule in the above-referenced action. Defendants Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics U.S.A., Inc. ("Defendants") today approached Plaintiffs Plasma Physics Corp. and Solar Physics Corp. ("Plaintiffs") to inform Plaintiffs that Defendants have retained new counsel in this matter. As a result, Defendants are seeking an extension of all deadlines in the case. The parties today met and conferred and agreed to an approximate two-week extension of all deadlines, subject to the Court's approval.

    The parties have also agreed on a schedule for responses and replies to the Rule 53 objections to Special Master Rando's Report and Recommendations on Claim Construction ("Rando R&R"). Special Master Rando had initially set today as the deadline for filing of the Rule 53 objections, but given Defendants' change of counsel, the parties today agreed to a two-week extension of that deadline as well. The parties jointly contacted Special Master Rando today to confirm that he would not object to such an extension, and Special Master Rando indicated that he has no objection.

    The previous schedule and agreed-upon schedule are set forth below. The parties respectfully request that the schedule be modified accordingly:

| Event | Previous Deadline | New Proposed Deadline |
|---|---|---|
| Rule 53 Objections to Rando R&R | June 7, 2010 | June 22, 2010 |
| Rule 26 disclosures regarding case-in-chief experts; Expert discovery opens | June 10, 2010 | June 24, 2010 |
| Responses to Rule 53 Objections | NA | July 8, 2010 |
| Replies to Responses to Rule 53 Objections | NA | July 22, 2010 |

NY02:685593.1

Honorable William D. Wall
June 7, 2010
Page 2 of 2

| Rule 26 disclosures regarding rebuttal experts | July 12, 2010 | July 26, 2010 |
|---|---|---|
| Expert discovery closes | August 9, 2010 | August 23, 2010 |
| Last day to file letter requests to file dispositive motions | August 26, 2010 | September 9, 2010 |
| Court holds pretrial conference | October 13, 2010 (Per Court's 6/1 Order) | October 13, 2010 (Per Court's 6/1 Order) |
| Trial ready date | October 2010 | October 2010 |

    Respectfully submitted,

    */s/ Jennifer C. Tempesta*

    _____
    Jennifer C. Tempesta
    *Attorney for Plaintiffs*

    */s/ Gregory Gulia*

    _____
    Gregory Gulia
    *Attorney for Defendants*

NY02:685593.1