July 16, 2010

**VIA ECF**

Honorable William D. Wall
United States Magistrate Judge
United States District Court
824 Federal Plaza
Central Islip, New York 11722

    Re:    *Plasma Physics Corp. et al. v. Chi Mei Optoelectronics Corp. et al.*,
            Civil Action No. 2:08-CV-1628

Dear Judge Wall:

    Plaintiffs Plasma Physics Corp. and Solar Physics Corp. ("Plaintiffs") and Defendants Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics U.S.A., Inc. ("Defendants") write jointly regarding the schedule in the above-referenced action.

    The parties have met and conferred to discuss (1) an additional date for technical expert reports, and (2) a pretrial schedule, and have come to agreement on both, subject to the Court's approval. Thus, the parties respectfully request that the Court adopt the schedule as proposed below:

| Event | Previous Deadline | New Proposed Deadline |
|---|---|---|
| Rule 26 disclosures regarding rebuttal experts | July 26, 2010 | July 26, 2010 |
| Rule 26 disclosures regarding reply experts (technical only - i.e., secondary considerations and doctrine of equivalents) | NA | August 2, 2010 |
| Expert discovery closes | August 23, 2010 | August 23, 2010 |
| Last day to file letter requests regarding dispositive motions | September 9, 2010 | September 17, 2010 |
| Plaintiffs provide draft pretrial order and jury instructions to Defendants | NA | September 17, 2010 |
| Motions *in limine* due | NA | September 29, 2010 |
| Defendants provide revised redline draft pretrial order and jury instructions | NA | October 1, 2010 |

NY02:687646.3

Honorable William D. Wall
July 12, 2010
Page 2 of 2

| Joint pretrial order due to Court | NA | October 6, 2010 |
|---|---|---|
| Oppositions to motions *in limine* due | NA | October 7, 2010 |
| Court holds pretrial conference | October 13, 2010 (Per Court's 6/1 Order) | October 13, 2010 (Per Court's 6/1 Order) |

Respectfully submitted,

*/s/ Jennifer C. Tempesta*

_____

Jennifer C. Tempesta
*Attorney for Plaintiffs*


*/s/ Gregory Gulia*

_____

Gregory Gulia
*Attorney for Defendants*

NY02:687646.3