September 15, 2010

**VIA ECF**

Honorable William D. Wall
United States Magistrate Judge
United States District Court
824 Federal Plaza
Central Islip, New York 11722

      Re:    *Plasma Physics Corp. et al. v. Chi Mei Optoelectronics Corp. et al.*,
             Civil Action No. 2:08-CV-1628

Dear Judge Wall:

      Plaintiffs Plasma Physics Corp. and Solar Physics Corp. ("Plaintiffs") and Defendants Chi Mei Optoelectronics Corp. and Chi Mei Optoelectronics U.S.A., Inc. ("Defendants") write jointly regarding the schedule in the above-referenced action.

      The parties have met and conferred to discuss the pretrial schedule in view of the new November 15 trial date, and have come to agreement subject to the Court's approval. The parties respectfully request that the Court adopt the schedule as proposed below:

| Event | Proposed Deadline |
| --- | --- |
| Last day to file letter requests regarding dispositive motions | October 8, 2010 |
| Plaintiffs provide draft pretrial order (listing fact and expert witnesses) and jury instructions to Defendants, along with draft Statement of Stipulated Facts | October 13, 2010 |
| Parties exchange deposition designations | October 25, 2010 |
| Defendants provide revised redline of draft pretrial order and jury instructions, along with redline Statement of Stipulated Facts to Plaintiffs | October 27, 2010 |
| Motions *in limine* due | October 28, 2010 |
| Parties exchange deposition counterdesignations | November 1, 2010 |
| Oppositions to motions *in limine* due | November 4, 2010 |
| Parties file Joint Pretrial Order, including Joint Statement of Stipulated Facts | November 5, 2010 |

NY02:693526.1

Honorable William D. Wall
September 15, 2010
Page 2 of 2

| Parties exchange proposed voir dire questions and meet and confer on same if necessary | November 8, 2010 |
|---|---|
| Parties exchange deposition counter-counterdesignations | November 8, 2010 |
| Parties file joint proposed voir dire questions | November 10, 2010 |

Respectfully submitted,

*/s/ Jennifer C. Tempesta*

_____

Jennifer C. Tempesta
*Attorney for Plaintiffs*


*/s/ Gregory Gulia*

_____

Gregory Gulia
*Attorney for Defendants*

NY02:693526.1