# BAKER BOTTS L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
RIYADH
WASHINGTON

**VIA ECF AND FEDERAL EXPRESS**

September 29, 2010

Honorable Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Paul A. Ragusa
212.408.2588
FAX 212.259.2588
paul.ragusa@bakerbotts.com

Re:   *Plasma Physics Corp. et al. v. Chi Mei Optoelectronics Corp. et al.,*
        Civil Action No. 2:08-CV-1628 (LDW-WDW)

Dear Judge Wexler:

Plaintiffs Plasma Physics Corp. and Solar Physics Corp. (collectively "PPC") submit this letter regarding its opposition to defendants Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics Corporation USA Inc.'s (collectively "CMO") request for a pre-motion conference seeking leave to file a motion for summary judgment that PPC should be precluded from seeking damages prior to July 2006 based on an alleged failure to mark. (Dkt. No. 66).

PPC's opposition contains information designated Superconfidential under the Protective Order entered in this case. PPC was unable to electronically file its opposition under seal due to system limitations and after conferring with the docket clerk on this issue, has deposited its opposition in a Federal Express envelope for overnight delivery at Your Honor's chambers tomorrow alongwith the attached application for leave to file under seal. PPC is also sending a copy of its opposition to counsel for defendants via electronic mail.

Respectfully,

  /s/ Paul A. Ragusa

Paul A. Ragusa (PAR 9165)
*Attorney for Plaintiffs*
*Plasma Physics Corp. and Solar Physics Corp.*

cc:   All counsel of record (via ECF)