# Exhibit 9

# CHI MEI OPTOELECTRONICS CORP.

FAX : 886-6-505-1896
TEL : 886-6-505-1888

3 Huanshi Road, Section 1
Tainan Science-Based Industrial Park
Tainan County, Taiwan 74144

### Via Facsimile & Courier Confirmation

17 October 2006

Mr. Paul A. Ragusa
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498, USA
FAX +1 212-259-2588

Dear Mr. Ragusa:

We acknowledge receipt of your letters dated September 7, 25, and October 17, 2006.

After discussion with our equipment supplier, Applied Material and Applied Komatsu Technology, we have found that the inventor, John H. Coleman, has disclaimed the term "glow discharge" which exists in every claim of the patents in question, for systems with power and frequency sufficient to break down pure nitrogen in their prosecution histories.

Further, in "SPECIAL MASTER'S REPORT AND RECOMMENDATIONS CONCERNING CLAIM CONSTRUCTION" in *Plasma Physics Corp. v. Agilent et al.*, the Special Master stated that:

> the term "glow discharge" be interpreted to mean an electric discharge through a gas that is generated using electric power and frequency levels *lower than* those required to *break down* pure nitrogen. (emphasis added)

However, the power and frequency of glow discharge process operating in all of CMO's system are sufficiently high to break down pure nitrogen.

Furthermore, there are many US patents such as US 3,968,018, US 3,875,068, and US 3,757,733, which may anticipate, and several other prior arts that together may render obvious (for example, US 4,021,277), the patents in question and which would be subject to reexamination.

I don't believe that a license negotiation meeting is necessary in light of the above, but nevertheless, we are willing to meet with you in Tainan, Taiwan if you so desire.

Very truly yours,

Dr. Robert Chen
Senior Vice-President & General Counsel

SUPERCONFIDENTIAL

PPSP015236