UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLASMA PHYSICS CORPORATION and<br>SOLAR PHYSICS CORPORATION,<br><br>                Plaintiffs,<br><br>               v.<br><br>CHI MEI OPTOELECTRONICS CORP. and<br>CHI MEI OPTOELECTRONICS USA INC.,<br><br>                Defendants. | Civil Action No.<br>2:08-cv-1628-LDW-WDW |

**[PROPOSED] ORDER REGARDING
DEPOSITION TESTIMONY OF JOHN COLEMAN**

IT IS HEREBY ORDERED, that:

(1) Plaintiffs are permitted to introduce thirty (30) minutes of the prior testimony of Mr. John Coleman by deposition at the trial in the above referenced action. Plaintiffs are to inform Defendants which portions of Mr. Coleman's transcripts will be played at trial by October 25, 2010.

(2) Defendants are permitted to depose Mr. John Coleman for a maximum of thirty (30) minutes in one day before the trial in this action. Defendants may seek leave to depose Mr. Coleman for an additional thirty (30) minutes if the need arises.

Dated: October ___, 2010                    SO ORDERED

 

_____
Hon. Leonard D. Wexler
United States District Court Judge

NY02:695962.1

Dated: October 25, 2010

Respectfully Submitted By:

| **PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION** | **CHI MEI OPTOELECTRONICS CORP. and CHI MEI OPTOELECTRONICS USA INC.** |
|---|---|
| By: */s/ Jennifer C. Tempesta* | By: */s/ Barry Golob* |
| Neil P. Sirota NPS 3870<br>Paul A. Ragusa PAR 9165<br>Robert L. Maier RLM 2930<br>Jennifer C. Tempesa JT 4841<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 | Barry Golob<br>Donald R. McPhail<br>Duane Morris, LLP<br>505 9th Street Nw<br>Suite 1000<br>Washington, DC 20004<br>(202) 776-7800<br><br>Gregory Paul Gulia<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086<br>(212) 692-1000 |

NY02:695962.1